# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Deborah Jean Johnson,                              Civil No. 10-4676 (RHK/AJB)

               Plaintiff,                              **ORDER**

vs.

Michael J. Astrue, Commissioner
of Social Security,

               Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  November 22, 2010

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge