## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DEBORAH JEAN JOHNSON,                                    Civil No. 10-4676 (RHK/AJB)

                Plaintiff,                                          **ORDER**

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

This Court's Order (Doc. No. 20) dated January 5, 2012, affirming the Report and Recommendation dated December 29, 2011 (Doc. No. 18), is hereby **VACATED**. The Order was inadvertently entered prior to Defendant's deadline for objecting to the Report and Recommendation.

Dated: January 9, 2012

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge